IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN VAN AKIN, | |
| Plaintiff, | 8:17-CV-94 |
| vs. | |
| STATE OF KANSAS CORP, et al., | ORDER |
| Defendants. | |

This Court lacks subject matter jurisdiction over the plaintiff's claims, and his complaint will be dismissed. *See* U.S. CONST. amend. XI. A separate judgment will be entered.

Dated this 5th day of April, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge